# UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

## No. 17-1158

---

CHONG SU YI,

       Plaintiff - Appellant,

        v.

CABLE NEWS NETWORK; UNITED STATES OF AMERICA,

       Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge. (8:16-cv-00963-TDC)

---

Submitted: July 20, 2017                    Decided: July 24, 2017

---

Before DUNCAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed as modified by unpublished per curiam opinion.

---

Chong Su Yi, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chong Su Yi appeals the district court's orders dismissing his complaint under 28 U.S.C. § 1915(e)(2) (2012), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we modify the district court's dismissal order to show that it is without prejudice and affirm as modified for the reasons stated by the district court. *Yi v. CNN*, No. 8:16-cv-00963-TDC (D. Md. Apr. 22 & May 31, 2016); *see also Nagy v. FMC Butner*, 376 F.3d 252, 258 (4th Cir. 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*